# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H. | SOUTHERN DISTRICT OF GEORGIA | 06/19/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES SENIOR DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
P O BOX 2106
AUGUSTA, GEORGIA 30903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. General Maritime New F | A | Dividend | J | T | | | | | |
| 3. Pimco Total Return Fund | A | Dividend | | | Sold | 05/08/14 | K | A | |
| 4. Dynegy Inc | A | Dividend | J | T | | | | | |
| 5. NH HGR ED & Hlth FA | A | Dividend | | | Buy | 01/01/14 | J | | |
| 6. NH HGR ED & Hlth FA | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 7. NH HGR ED & Hlth FA | A | Dividend | | | Buy | 01/01/14 | J | | |
| 8. NH HGR ED & Hlth FA | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 9. CHARLES SCHWAB (FORMLY BOWNE CO) | | | | | | | | | |
| 10. ABN AMRO / VERDUS Gwth Fd | A | Dividend | L | T | | | | | |
| 11. Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |
| 12. DuPont E I De Nemour and Co com | A | Dividend | J | T | | | | | |
| 13. Wachovia Corp New | A | Dividend | J | T | | | | | |
| 14. Charles Schwab Money Market | B | Interest | J | T | | | | | |
| 15. Pimco Total Return Fund | B | Dividend | J | T | | | | | |
| 16. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 17. E I DEUPONT DRIP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |
| 19. | Ga Bk & Tr Savings | A | Interest | K | T | | | | | |
| 20. | TIAA CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 21. | CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 22. | Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 23. | Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 24. | Atlantic Amer Com | | None | J | T | | | | | |
| 25. | Regions Bank Savings | A | Interest | J | T | | | | | |
| 26. | CHARLES SCHWAB IRA # 2 | | | | | | | | | |
| 27. | IDII Stock | A | Dividend | J | T | | | | | |
| 28. | Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 29. | Pimco Total Return Fund | B | Dividend | | | Sold | 05/14/14 | K | A | |
| 30. | CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 31. | Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 32. | Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 33. | Motorola | A | Dividend | J | T | | | | | |
| 34. | Lucent | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Total Return Fund | A | Distribution | | | Sold | 05/09/14 | M | A | |
| 36. The Southern Company | A | Dividend | J | T | | | | | |
| 37. The Southern Company | A | Dividend | J | T | | | | | |
| 38. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 39. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 40. New Hampshire HIGHE | A | Interest | J | T | | | | | |
| 41. ISTAR FINL Inc | A | Dividend | J | T | | | | | |
| 42. Westwood Holdings Group | A | Dividend | J | T | | | | | |
| 43. Xerox | A | Dividend | J | T | | | | | |
| 44. SG Structured PRO VAR | A | Dividend | K | T | | | | | |
| 45. General Motors | A | Dividend | J | T | | | | | |
| 46. Schwab Money Market | A | Interest | J | T | | | | | |
| 47. TCP Capital Corp | A | Dividend | K | T | | | | | |
| 48. TCP Capital Corp | A | Dividend | K | T | | | | | |
| 49. Bank of America VAR | B | Dividend | K | T | | | | | |
| 50. Gainesville GA | B | Interest | K | T | | | | | |
| 51. HD Supply Inc | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HD Supply Inc | A | Interest | K | T | | | | | |
| 53. Kansas INDPT COL | A | Interest | K | T | | | | | |
| 54. Morgan Stanley | C | Interest | K | T | | | | | |
| 55. Nataxis US VAR | B | Interest | K | T | | | | | |
| 56. Powershares ETF | A | Dividend | K | T | | | | | |
| 57. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 58. Maingate MLP FD CL I | A | Interest | K | T | | | | | |
| 59. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 60. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 61. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 62. Oaktree Capital Group | A | Interest | K | T | | | | | |
| 63. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |
| 64. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 65. Northern Borders Partners nbp | A | Distribution | K | T | | | | | |
| 66. Northern Borders Partners nbp | A | Distribution | J | T | | | | | |
| 67. TRUST CHARLES SCHWAB | | | | | | | | | |
| 68. Willis Group Holdings | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T Rowe Price Spectrum | A | Dividend | J | T | | | | | |
| 70. Ford | A | Dividend | | | Sold | 07/15/14 | K | D | |
| 71. Pimco Total Rtn Fund | B | Dividend | | | Buy | 01/01/14 | J | | |
| 72. Pimco Total Rtn Fund | B | Dividend | | | Sold | 05/08/14 | J | A | |
| 73. Pimco Total Rtn Fund | F | Dividend | | | Buy | 01/01/14 | J | | |
| 74. Pimco Total Rtn Fund | F | Dividend | | | Sold | 05/08/14 | L | A | |
| 75. Pimco Total Rtn Fund | D | Dividend | | | Buy | 01/01/14 | J | | |
| 76. Pimco Total Rtn Fund | D | Dividend | | | Sold | 05/08/14 | J | A | |
| 77. CHARLES SCHWAB IRA #3 ROLLOVER | | | | | | | | | |
| 78. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 79. General Electric | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 80. General Electric | A | Dividend | | | Buy | 04/28/14 | J | | |
| 81. General Electric | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 82. Oaktree Capital Group | A | Dividend | | | Buy | 06/23/14 | K | | |
| 83. Oaktree Capital Group | A | Dividend | | | Sold | 08/22/14 | K | A | |
| 84. Pimco Real Return Fd | A | Dividend | | | Buy | 01/01/14 | J | | |
| 85. Pimco Real Return Fd | A | Dividend | | | Sold | 05/14/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Total Rtn Fd | A | Dividend | | | Buy | 01/01/14 | J | | |
| 87. Pimco Total Rtn Fd | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 88. Transocean Inc New | A | Dividend | | | Buy | 08/01/14 | J | | |
| 89. Transocean Inc New | A | Dividend | | | Sold | 08/22/14 | J | A | |
| 90. Pengrowth Energy Corp | A | Dividend | | | Buy | 04/26/14 | L | | |
| 91. Pengrowth Energy Corp | A | Dividend | | | Sold | 06/23/14 | L | A | |
| 92. Pimco Real Return Fd | A | Dividend | | | Buy | 01/01/14 | K | | |
| 93. Pimco Real Return Fd | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 94. Pimco Total Return Fd | A | Dividend | | | Buy | 01/01/14 | K | | |
| 95. Pimco Total Return Fd | A | Dividend | | | Sold | 05/09/14 | K | A | |
| 96. CHARLES SCHWAB DHB | | | | | | | | | |
| 97. Alco Inc | D | Dividend | J | T | Buy | 01/01/14 | J | | |
| 98. Aoco Inc | D | Dividend | | | Sold | 04/14/14 | J | D | |
| 99. Pimco Total Rtn Fund | A | Dividend | | | Buy | 04/30/14 | J | | |
| 100. Pimco Total Rtn Fund | A | Dividend | | | Sold | 05/19/14 | J | A | |
| 101. KS IND CLG FA ED | A | Dividend | | | Buy | 01/01/14 | K | | |
| 102. KS IND CLG FA ED | A | Dividend | | | Sold | 04/29/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NH HGR ED & Hlth FA | B | Dividend | | | Buy | 01/01/14 | K | | |
| 104. NH HGR ED & Hlth FA | B | Dividend | | | Sold | 07/03/14 | K | B | |
| 105. NH HGR ED & Hlth PA | A | Dividend | | | Buy | 01/01/14 | J | | |
| 106. NH HGR ED & Hlth PA | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 107. Prashs Ultrasht ETF | C | Dividend | | | Buy | 01/01/14 | K | | |
| 108. Prashs Ultrasht ETF | C | Dividend | | | Sold | 10/17/14 | K | C | |
| 109. AMERITRADE | | | | | | | | | |
| 110. Oaktree Capital Grp LLC | A | Dividend | | | Buy | 05/02/14 | K | | |
| 111. Oaktree Capital Grp LLC | A | Dividend | | | Sold | 05/14/14 | K | A | |
| 112. Pimco Total Rtn | A | Dividend | | | Buy | 01/01/14 | J | | |
| 113. Pimco Total Rtn | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 114. Noble Corp PLC Ord | A | Dividend | | | Buy | 05/02/14 | J | | |
| 115. Noble Corp PLC Ord | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 116. Paragon Off Shore PLC | A | Dividend | J | T | Buy | 05/02/14 | J | | |
| 117. Paragon Off Shore PLC | A | Dividend | | | Sold | 12/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/19/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544